## CHANCE *v.* THE STATE.

*Simmons, C. J.*—The rules of the superior court being applicable in city courts established under the act of October 19, 1891, which was amended by the act of December 23, 1892, it was error, upon the trial of a misdemeanor in the city court of Carroll. county, for the presiding judge to refuse to allow counsel for the accused one hour in which to argue the case to the jury, such counsel having fully complied with the requirements of rule six in asking for the additional time desired.

October 21, 1895. *Judgment reversed.*

Indictment for trespass. Before Judge Brown. City court of Carroll county. June term, 1895.

After conviction, defendant's motion for new trial was overruled. The material ground of the motion is, that the court erred in refusing to allow counsel additional time for argument, they stating in their place, before argument commenced, that they could not do justice to their client in thirty minutes, and asking for that much additional time. The judge states, in a note to this ground, that the counsel argued the case to the jury for ten minutes longer than the time allowed by the rules of court.

*Cobb & Brother*, by *H. M. Reid*, for plaintiff in error.
*T. A. Atkinson, solicitor-general*, and *Adamson & Jackson*, contra.